NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: MICHAEL WAYNE SHORE, STUART DOUGLAS DWORK,
*Appellants*

---

2016-1182

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/402,996.

---

## JUDGMENT

---

JOHN DAVID SIMMONS, Panitch Schwarze Belisario & Nadel LLP, Philadelphia, PA, argued for appellants. Also represented by DENNIS JAMES BUTLER, Wilmington, DE; MICHAEL W. SHORE, Shore Chan DePumpo LLP, Dallas, TX.

COKE MORGAN STEWART, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MICHAEL SUMNER FORMAN, LORA DRISCOLL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 11, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |